PROB 12B
(7/93)

# United States District Court

for

District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Martin                                                              Cr.: 09-182
                                                                                             PACTS Number: 50913

Name of Sentencing Judicial Officer: Honorable William H. Walls, Senior United States District Judge

Date of Original Sentence: 06/30/09

Original Offense: Bank Fraud

Original Sentence: 30 months imprisonment; 3 years supervised release. Special conditions: refrain from alcohol/testing and treatment; financial disclosure; no new debt; DNA testing

Type of Supervision: Supervised Release                                  Date Supervision Commenced: 06/18/10

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

'THE DEFENDANT SHALL SUBMIT HIS PERSON, RESIDENCE, OFFICE OR VEHICLE TO A SEARCH, CONDUCTED BY A UNITED STATES PROBATION OFFICER AT REASONABLE TIME AND IN A REASONABLE MANNER, BASED UPON A REASONABLE SUSPICION OF CONTRABAND OR EVIDENCE OF A VIOLATION OF A CONDITION OF RELEASE; FAILURE TO SUBMIT TO A SEARCH MAY BE GROUNDS FOR REVOCATION. THE DEFENDANT SHALL WARN ANY OTHER RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCHES PURSUANT TO THIS CONDITION.'

## CAUSE

Due to a prior arrest that occurred on October 20, 2002, for Criminal Possession of a Weapon, the probation office is seeking a modification of his conditions to include search. This will ensure continued compliance, serve as a deterrent, and provide more effective protection for the community.

During the aforementioned arrest, an officer of the New York City Police Department heard shots fired. Witnesses described the shooter as wearing a gray hood. The officer observed the suspect enter a building carrying a red bag. The suspect, later identified as James Martin, was found to be in possession of two firearms; a .40 caliber Glock 27 semi-automatic firearm, and a 10 mil. C semi-automatic firearm. Both were loaded and a magazine containing eight live rounds were found in each weapon. Martin admitted to police to firing two rounds.

                                                                         Respectfully submitted,

PROB 12B - Page 2
James Martin

By: Susan Karlak
Senior U.S. Probation Officer
Date: 10/25/10

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

27 October 2010
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

THE DEFENDANT SHALL SUBMIT HIS PERSON, RESIDENCE, OFFICE OR VEHICLE TO A SEARCH, CONDUCTED BY A UNITED STATES PROBATION OFFICER AT REASONABLE TIME AND IN A REASONABLE MANNER, BASED UPON A REASONABLE SUSPICION OF CONTRABAND OR EVIDENCE OF A VIOLATION OF A CONDITION OF RELEASE; FAILURE TO SUBMIT TO A SEARCH MAY BE GROUNDS FOR REVOCATION, THE DEFENDANT SHALL WARN ANY OTHER RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCHES PURSUANT TO THIS CONDITION.

Witness: _____   Signed: _____
U.S. Probation Officer                         Supervised Releasee

_____
7/9/10
DATE